DEFENDANT:         JULIO ALAN ORTIZ-ACOSTA

AGE/YOB:           1991

COMPLAINT          _____ Yes      ___X___ No
FILED?
                   If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes    __ No

OFFENSE(S):        **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                   (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                   distribute and possess with the intent to distribute various amounts
                   of a mixture and substance containing a detectable amount of
                   cocaine, a Schedule II Controlled Substance

                   **Count 3:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
                   § 2; Distribution and Possession with the Intent to Distribute 500
                   grams and more of a mixture and substance containing a detectable
                   amount of cocaine, a Schedule II Controlled Substance and Aiding
                   and Abetting the Same

                   **Counts 28, 53**: Title 18, United States Code, Sections
                   1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to
                   transport or transfer funds from a place within the United States to
                   or through a place outside the United States, with the intent to
                   promote the carrying on of specified unlawful activity, specifically
                   conspiracy to distribute and possess with the intent to distribute
                   cocaine

                   **Count 54:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C.
                   § 2; Distribution or Possession with the Intent to Distribute 5
                   kilograms or more of a mixture or substance containing a detectable
                   amount of cocaine, a Schedule II Controlled Substance and Aiding
                   and Abetting the Same

LOCATION OF        Denver County; Denver, Colorado
OFFENSE:

PENALTY:           **Count 1**
                   NLT 10 years,
                   NMT life imprisonment
                   At least 5 years Supervised Release
                   $10,000,000 fine
                   $100 Special Assessment

**Count 3**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 28, 53**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

**Count 54**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

AGENT:                Michael Gutke
                      Special Agent, Drug Enforcement Administration

AUTHORIZED            Stephanie Podolak
BY:                   Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; _X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.